1  BRENT N. VENTURA, ESQ.
   SBN 088236
2  236 Los Gatos Blvd.
   Los Gatos, CA  95030-6124
3  (408) 354-6725
   (408) 354-0686
4
   Attorney for Plaintiff,
5  ANN CASALETTO

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 ANN CASALETTO                    No.  C 02-04600 PVT

12             Plaintiff,           **REQUEST FOR CONTINUANCE OF**
                                    **PRE-TRIAL CONFERENCE AND**
13      vs.                         **[PROPOSED] ORDER**

14 UNITED STATES POSTMASTER GENERAL,
   UNITED STATES POSTAL SERVICE, JARNAIL
15 SINGH, and DOES 1-10, inclusive.

16             Defendants.
   _____/

17        I, Brent N. Ventura, respectfully request that the Pre-Trial Conference in this matter, set for

18 June 14, 2005 at 2:00 p.m., be continued due to a death in the family.  Opposing counsel has been

19 notified of said request and agrees to reset the Pre-Trial Conference.

20        Respectfully submitted,

21 Dated:  June 14, 2005

22                                   _____
                                     BRENT N. VENTURA
23                                   Attorney for Plaintiff, ANN CASALETTO

24 //

25 //

26 //

27 //

28

[PROPOSED] ORDER

The Pre-Trial Conference set for June 14, 2005 at 2:00 p.m. is hereby continued to

_____ June 28 , 2005 at 2:00 p.m.  *The current trial date is vacated, and a new trial date will be set at the pretrial conference.*

Dated: ____6/14/05_____          */s/  Patricia V. Trumbull*
                                   _____
                                   Patricia V. Trumbull
                                   United States Chief Magistrate Judge