UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANN CASALETTO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant.<br>_____ | Case No.: C 02-4600 PVT<br><br>**ORDER VACATING TRIAL DATE AND SETTING DEADLINE FOR PARTIES TO PROPOSE NEW TRIAL DATE** |

　　　Magistrate Judge Patricia V. Trumbull is no longer available for the currently scheduled trial of this matter on September 9, 12 & 13, 2005.  Therefore,

　　　IT IS FURTHER ORDERED that the current trial date is VACATED.

　　　IT IS FURTHER ORDERED that no later than August 26, 2005, the parties shall submit either a joint proposal, or their respective proposals, for a new date to commence trial, said date to be after September 20, 2005.

Dated:  *8/3/05*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge