UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANN CASALETTO,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No.: C 02-4600 PVT<br><br>**ORDER SETTING NEW TRIAL DATE** |

   On August 4, 2005, this court issued an order vacating the trial date and setting a deadline of August 26, 2005 for the parties to submit proposals for a new date to commence trial. The parties have submitted their respective proposals. Plaintiff has objected to the schedule proposed by Defendant. The court has received no objection to the schedule Plaintiff Plaintiff proposed on August 23, 2005. Therefore,

   IT IS HEREBY ORDERED that the trial in this matter will commence at 9:30 a.m. on October 24, 2005, and continue through October 26, 2005.

Dated:  *8/31/05*

                                       */s/ Patricia V. Trumbull*
                                       PATRICIA V. TRUMBULL
                                       United States Magistrate Judge