1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
4 |
5 |   150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
6 |   FAX: (408) 535-5081
7 | Attorneys for Defendant
United States of America
8 |

9 |                    UNITED STATES DISTRICT COURT

10 |                   NORTHERN DISTRICT OF CALIFORNIA

11 |                          SAN JOSE DIVISION

12 |
13 | ANN CASALETTO,                    )     Case No. C 02-4600 PVT
                                     )
14 |        Plaintiff,                )     STIPULATION AND [PROPOSED]
                                     )     ORDER SETTING TRIAL DATE
15 |   v.                            )
                                     )
16 | UNITED STATES POSTMASTER        )
GENERAL, et al.,                     )
17 |                                  )
        Defendants.                  )
18 | _____)

19 |         Pursuant to the Court's order vacating the September 9, 2005 trial date, counsel for each

20 | party proposed a new trial date.  Defendant previously proposed September 23, 2005, and

21 | plaintiff proposed October 24, 2005.  Defendant's counsel did not promptly object to plaintiff's

22 | proposed date because defendant's counsel was on vacation.  When she returned, counsel

23 | continued to confer both over a possible settlement and an agreed continued trial date.  Due to

24 | the unavailability of defendant's orthopedics expert prior to October 27, the parties now propose

25 | that the trial commence on Tuesday, October 25 and continue through Thursday, October 27,

26 | 2005.  Counsel were in the process of finalizing a stipulation suggesting those dates when they

27 | received the Court's August 31, 2005 order setting the trial for October 24 through October 26,

28 | 2005.  In light of that order, the parties would be agreeable either to starting trial on October 25,

1   or starting the trial on October 24 so long as defendant's orthopedics expert could testify on

2   Thursday, October 27.  If the trial begins on October 24 and continues through October 27, the

3   parties request the Court to advise which days or parts of days the trial would be in session.[1]

4                                                    Respectfully submitted,

5

6   DATED: September 1, 2005              /s/ Brent N. Ventura
                                          BRENT N. VENTURA
7                                         Attorney for Plaintiff

8   DATED: September 1, 2005              KEVIN V. RYAN
9                                         United States Attorney

10

11                                        /s/ Claire T. Cormier
                                          CLAIRE T. CORMIER
12                                        Assistant United States Attorney

13                              **PROPOSED ORDER**

14       Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT

15   the trial in this case will commence on October 25, 2005 at _____ *9:30* ___ (a.m.)/p.m.

16                              [alternative order]

17       Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT

18   the trial in this case will commence on October 24, 2005 at 9:30 a.m. The trial will be in session

19   on the following dates and times: _____

20   _____

21       **IT IS SO ORDERED.**

22

23   Dated: *9/19/05*                          */s/ Patricia V. Trumbull*
                                                Patricia V. Trumbull
24                                              United States Magistrate Judge

25   _____

26       [1] Defendant also notes that its witness, Jarnail Singh, has advised that he is resigning from
the United States Postal Service and he may be out of the country during a future trial date.
27   Defendant therefore requests permission to submit deposition testimony of Mr. Singh that can be
used if he is in fact unavailable for trial.
28