1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081

7  Attorneys for Defendant
   United States of America
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12
   ANN CASALETTO,                    )   Case No. C 02-4600 PVT
13                                   )
        Plaintiff,                   )   STIPULATION AND [PROPOSED]
14                                   )   ORDER VACATING TRIAL DATE
        v.                           )
15                                   )
   UNITED STATES POSTMASTER          )
16 GENERAL, et al.,                  )
                                     )
17      Defendants.                  )
                                     )
18

19      Pursuant to the stipulation of the parties, the Court issued an order that the trial of this

20 matter would commence on October 25, 2005.  Since that time, the parties have reached a

21 settlement, but it is contingent upon concessions by the medical lien claimant.  Plaintiff's counsel

22 has advised that he has been communicating with the lien claimant and that it appears likely that

23 the requisite concession will be made, but that it may not take place until after the current trial

24 date.  Accordingly, in order to allow time to determine with certainty whether or not the

25 settlement can be finalized, the parties hereby stipulate and request that the October 25, 2005 trial

26 date be vacated and that the case be set for a case management conference on or about December

27 6, 2005, at which time a new trial date can be scheduled if the case has not settled.

28 //

STIPULATION VACATING TRIAL DATE; [PROPOSED] ORDER
Case No. C 02-04600 PVT                    -1-

|    |                              |                                           |
|----|------------------------------|-------------------------------------------|
| 1  |                              | Respectfully submitted,                   |
| 3  | DATED: October 5, 2005       | /s/ Brent N. Ventura                      |
|    |                              | BRENT N. VENTURA                          |
| 4  |                              | Attorney for Plaintiff                    |
| 5  | DATED: October 11, 2005      | KEVIN V. RYAN                             |
| 6  |                              | United States Attorney                    |
| 8  |                              | /s/ Claire T. Cormier                     |
|    |                              | CLAIRE T. CORMIER                         |
| 9  |                              | Assistant United States Attorney          |

**PROPOSED ORDER**

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT the trial date for this case, previously scheduled for October 25, 2005, is hereby vacated. Counsel for the parties shall appear at a case management conference on December 6, 2005 at 2:00 p.m. if the case has not been dismissed or a stipulation of settlement filed by that date. **IT IS SO ORDERED.**

Dated: *10/11/05*

Patricia V. Trumbull
United States Magistrate Judge